IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KAREN L COLEMAN,

    Plaintiff,

  v.

KAISER PERMANENTE, KAISER FOUNDATION HOSPITALS, LOWRY MITCHELL, TERRI PILLOW-NORIEGA, and DOES 1 through 20,

    Defendants.

No. C 12-02668 WHA

**ORDER TO SHOW CAUSE**

    Plaintiff and her counsel failed to appear for the duly noticed case management conference on September 27, 2012, at 11:00 a.m. and have not served two individual defendants and "Kaiser Permanente." By **NOON ON OCTOBER 5, 2012**, counsel for plaintiff shall **SHOW CAUSE** by a sworn declaration why the case should not be dismissed and/or why the unserved defendants should not be dismissed, and/or why plaintiff's counsel should not pay all fees and expenses of defendant in wasting time in appearing for the no-show by the other side, the 120-day period having passed.

    The case management conference is hereby reset for **OCTOBER 11, 2012, AT 11:00 A.M.**

    **IT IS SO ORDERED.**

Dated: September 27, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE