**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KAREN L COLEMAN,

    Plaintiff,

  v.

KAISER PERMANENTE,

    Defendant.
                                /

No. C 12-02668 WHA

**ORDER RE ORDER TO SHOW CAUSE**

      For the reasons stated in her declaration (Dkt. No. 17), Ms. Boyd will not be required to pay any fees for her failure to appear. If it happens again, however, she will be required to pay the fees and expenses of the other side that were wasted in appearing for a no-show by Ms. Boyd.

      The case management conference scheduled for **OCTOBER 11, 2012** remains in place.

      **IT IS SO ORDERED.**

Dated: October 5, 2012.

                                                        WILLIAM ALSUP
                                                        UNITED STATES DISTRICT JUDGE