IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KAREN L COLEMAN,

    Plaintiff,

    v.

KAISER PERMANENTE, KAISER FOUNDATION HOSPITALS, LOWRY MITCHELL, TERRI PILLOW-NORIEGA, and DOES 1 through 20,

    Defendants.

No. C 12-02668 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

Attorney Boyd failed to appear for the regularly scheduled case management conference on September 27, 2012. She eventually filed a declaration explaining her failure to appear and the judge declined to require her to pay opposing counsel's attorney's fees incurred as a result of her non-appearance. The Court then set a case management conference for October 11 at 2:00 p.m. On October 10, Attorney Boyd filed a request to continue the case management conference to November 1. The Court will further accommodate Attorney Boyd and **CONTINUES** the case management conference to **OCTOBER 25 AT 11:00 A.M.** If Attorney Boyd cannot be present, she should send someone to represent her client.

**IT IS SO ORDERED.**

Dated: October 10, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE