MARYLON M. BOYD, ESQ, SBN: 139642
**LAW OFFICES OF MARYLON M. BOYD**
385 Grand Avenue, Suite 201
Oakland, CA 94610
Telephone:  (510) 663-8772
Facsimile:  (510) 663-8781

Attorneys for Plaintiff
KAREN L. COLEMAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN L. COLEMAN,<br><br>  Plaintiff,<br><br>v.<br><br>KAISER PERMANENTE; THE PERMANENTE MEDICAL GROUP, INC.; LOWRY MITCHELL; TERRI PILLOW-NORIEGA; and DOES 1 through 20,<br><br>  Defendants. | CASE NO. CV 12-2668 JST<br><br>**STIPULATION EXTENDING THE PAGE LIMIT FOR MS. COLEMAN'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO THE TPMG'S MOTION FOR SUMMARY JUDGMENT** |

Plaintiff Karen Coleman ("Plaintiff") and Defendant The Permanente Medical Group, Inc. ("Defendant" or "TPMG") (collectively "the Parties") hereby stipulate and agree that Plaintiff may file a Memorandum of Points and Authorities in Opposition Defendant's TPMG'S Motion for Summary Judgment in excess of the twenty-five (25) page limitation set forth in Civil Local Rule 7-4(b), but not to exceed thirty (30) pages in length.

This Stipulation is made pursuant to Rule 7-11 of the United States District Court for the Northern District of California.

There is good cause for the Stipulation to extend the page limit given that Plaintiff's Complaint contains twelve causes of action. Thus, more than 25 pages are needed for the opposition papers to fully address each cause of action.

IT IS SO STIPULATED.

Dated: February 20, 2014        LAW OFFICES OF MARYLON M. BOYD

By: _____
MARYLON M. BOYD
Attorneys for Plaintiff
KAREN COLEMAN

Dated: February 20, 2014        HANSON BRIDGETT LLP

By: _____
LISA M. POOLEY
JENNIFER M. MARTINEZ
Attorneys for Defendant
THE PERMANENTE MEDICAL GROUP, INC.

~~PROPOSED~~ ORDER

Plaintiff's Administrative Motion for Extra Pages pursuant to the Parties Stipulation is granted. Plaintiff may file up to 30 pages in opposition to Defendant TPMG's Motion for Summary Judgment.

February 21, 2014

IT IS SO ORDERED
Judge Jon S. Tigar